IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NABIL ABDALLAH, | § | |
| | § | |
| Plaintiff Below, | § | No. 560, 2016 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| JOSEPH RAGO and NEW | § | C.A. No. N15C-03-043 |
| CASTLE COUNTY, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

Submitted: April 7, 2017
Decided: May 31, 2017

Before **STRINE**, Chief Justice; **VAUGHN** and **SEITZ**, Justices.

# **O R D E R**

This 31st day of May 2017, upon consideration of the appellant's opening brief, the appellee's answering brief, and the record on appeal, the Court has determined that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned order dated October 24, 2016.[1]

---

[1] *Abdallah v. Rago*, 2016 WL 6246891 (Del. Oct. 24, 2016).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior

Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice